AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>06/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION, ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ TERM ENDED MAY 1, 2011 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Bowen, Dudley H.**

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | May 22-25, 2011 | Washington, DC | Bd of Directors Mtg FJA | Airfare, Meals, Local Transp, Tips |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. MBIA, Inc | A | Dividend | K | T | | | | | |
| 3. General Maritime New F | A | Dividend | J | T | Sold (part) | 01/19/10 | J | B | |
| 4. Citigroup | A | Dividend | | | Sold | 03/09/10 | K | A | |
| 5. Pimco Total Return Fund | B | Dividend | L | T | Sold (part) | 12/03/10 | L | C | |
| 6. General Electric | A | Dividend | J | T | | | | | |
| 7. Federated Adj Gwth Govt Fund | B | Dividend | | | Sold | 07/26/10 | K | A | |
| 8. Dynegy Inc | A | Dividend | J | T | Buy | 01/06/10 | J | | |
| 9. Dynegy Inc | A | Dividend | | | Sold (part) | 12/30/10 | J | A | |
| 10. Pimco Real Return Fund | A | Dividend | K | T | Buy | 12/03/10 | K | | |
| 11. Ford Motor Co | A | Dividend | K | T | Buy | 11/24/10 | K | | |
| 12. Sch US Tips ETF | A | Dividend | L | T | Buy | 12/08/10 | L | | |
| 13. AMERITRADE ACCOUNT | | | | | | | | | |
| 14. Wahlco Envirosystems com | A | Dividend | J | T | | | | | |
| 15. Merrill Lynch Pfd | A | Dividend | J | T | | | | | |
| 16. Pengrowth Energy | A | Dividend | | | Sold | 03/03/10 | J | A | |
| 17. Helios Adv Inc Fd -name change RMK | B | Dividend | | | Sold | 03/03/10 | J | A | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:             J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)           U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameritrade cash acct | A | Interest | J | T | | | | | |
| 19. Dynegy Inc | A | Dividend | | | Buy | 04/08/10 | J | | |
| 20. Dynegy Inc | A | Dividend | | | Sold | 08/02/10 | J | A | |
| 21. Marshall Intermediate Tax Free | A | Dividend | | | Buy | 01/30/10 | K | | |
| 22. Marshall Intermediate Tax Free | A | Dividend | | | Sold | 12/30/10 | K | A | |
| 23. BUILDERS DESIGNS INC COM STK | A | Dividend | J | T | | | | | |
| 24. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 25. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 26. INTEL COM STK | A | Dividend | K | T | | | | | |
| 27. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 28. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 29. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 30. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 31. Dreyfus Hi Yld Strategy Fund | A | Dividend | J | T | | | J | | |
| 32. Credit Suisse Hi Yld | A | Dividend | | | Sold | 07/13/10 | J | A | |
| 33. Charles Schwab Money Market | B | Dividend | J | T | | | | | |
| 34. Citigroup | A | Dividend | | | Sold | 12/14/10 | J | A | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ridgeworth U S Gov | A | Dividend | | | Sold | 06/03/10 | J | A | |
| 36. General Electric | A | Dividend | J | T | Sold (part) | 02/17/10 | K | A | |
| 37. Nokia | A | Dividend | | | Sold | 01/11/10 | K | A | |
| 38. Citigroup | A | Dividend | | | Sold | 03/08/10 | J | A | |
| 39. Ridgeworth US Gov | A | Dividend | | | Sold | 06/03/10 | K | C | |
| 40. Pimco Tot Return Fd | B | Dividend | K | T | Sold (part) | 12/03/10 | L | A | |
| 41. Southern Co | A | Dividend | K | T | Sold (part) | 08/27/10 | L | D | |
| 42. Fed Adj Rate Sec Inst Fund (FEUGX) | A | Dividend | | | Sold | 07/26/10 | L | A | |
| 43. Pengrowth Energy Tr | A | Distribution | | | Sold | 08/02/10 | J | A | |
| 44. Dynegy Inc | A | Dividend | | | Buy | 04/08/10 | J | | |
| 45. Dynegy Inc | A | Dividend | | | Sold | 12/30/10 | K | A | |
| 46. OTHER INV/TRUSTS | | | | | | | | | |
| 47. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 48. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 49. GA BK & TR MONEY MKT ACCOUNT | B | Interest | M | T | | | | | |
| 50. GA BK & TR SVG ACCT. | A | Interest | K | T | | | | | |
| 51. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 53. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 54. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 55. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 56. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 57. Charles Schwab IRA #2 | | | | | | | | | |
| 58. IDII STOCK | A | Dividend | J | T | | | | | |
| 59. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 60. Vanguard Gwth Fd | A | Dividend | K | T | | | | | |
| 61. Pimco Real Return Fund | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 62. Pimco Total Return Fund | A | Dividend | K | T | Buy | 06/03/10 | K | | |
| 63. Pengrowth Energy Trust f Trust | A | Dividend | | | Buy | 06/03/10 | J | | |
| 64. Pengrowth Energy Trust FTrust | A | Dividend | | | Sold | 08/02/10 | J | A | |
| 65. Ridgeworth US Gov Ultra Short | A | Dividend | | | Buy | 02/05/10 | K | | |
| 66. Ridgeworth US Gov Ultra Short | A | Dividend | | | Sold | 06/03/10 | K | A | |
| 67. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 68. MOTOROLA | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  LUCENT | A | Dividend | J | T | | | | | |
| 70.  XEROX | A | Dividend | J | T | | | | | |
| 71.  GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 72.  SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 73. | | | | | | | | | |
| 74.  KINDER MORGAN INC | A | Distribution | J | T | | | | | |
| 75.  NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | | | | | |
| 76.  NORTHERN BORDERS PTNERS (NBP) | A | Distribution | J | T | | | | | |
| 77.  Trust Charles Schwab | | | | | | | | | |
| 78.  Willis Group Holdings | A | Dividend | K | T | | | | | |
| 79.  Fed Adj Rate Inst Sec (FEUGX) | B | Dividend | | | Sold | 07/26/10 | J | A | |
| 80.  Sch Adv Cash Res (SWZXX) | A | Dividend | J | T | | | | | |
| 81.  Ridgeworth US Govt | A | Dividend | | | Sold | 06/03/10 | K | A | |
| 82.  Pimco Tot Retn Fund | A | Dividend | K | T | Sold (part) | 12/03/10 | J | A | |
| 83.  T Rowe Price Spectrum | A | Dividend | J | T | Buy | 01/07/10 | J | | |
| 84.  General Electric | A | Dividend | K | T | Buy | 01/07/10 | K | | |
| 85.  General Electric | A | Dividend | K | T | Sold (part) | 12/02/10 | J | A | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Marshall Intermediate | A | Dividend | J | T | Buy | 12/03/10 | J | | |
| 87. Ga Pwr Ser 5.7 | A | Interest | | | Buy | 02/05/10 | K | | |
| 88. Ga Pwr Ser 5.7 | A | Interest | | | Sold | 06/07/10 | K | A | |
| 89. Commercial Metals | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 90. Johnson & Johnson | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 91. Lowes | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 92. Southern Co | A | Dividend | K | T | Buy | 06/07/10 | K | | |
| 93. Pimco Total Return Fund | A | Dividend | K | T | Buy | 06/07/10 | K | | |
| 94. Charles Schwab IRA #3 Rollover | | | | | | | | | |
| 95. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 96. Nokia | A | Dividend | | | Sold | 01/11/10 | K | A | |
| 97. Pimco Total Reserve Fund | A | Dividend | K | T | Buy | 12/03/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV    Reimbursement related to meeting of Federal Judges Association of which the Judge is a member of the Board of Directors.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544